**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DONNELL BRIDGES,

                  Plaintiff,

    -against-

THE STATE OF NEW YORK CORRECTIONAL
SERVICES; DR. JANIS; THOMAS GRIFFIN; ARCL.
KOENIGSMANN; DR. F. BERNSTEIN; DR. Y.
KOROBOVA; R. BENTIVEGNA, M.D.; E. PAGAN;
N.A. DAWN OSSELMANN; MONTEFIORE MOUNT
VERNON HOSPITAL; and DR. PENNSYLVANIA,

                  Defendants.
-----------------------------------------------------------X

17 **CIVIL** 2220 (NSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated May 12, 2022, Defendants' motions to dismiss are

GRANTED and pro se Plaintiff's Second Amended Complaint is DISMISSED in its entirety

without leave to replead; accordingly, the case is closed.

**Dated:** New York, New York

    May 16, 2022

                          **RUBY J. KRAJICK**
                          _____
                           **Clerk of Court**
          **BY:**
                           _____
                           **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/2022